IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL TITUS,** | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-90 Erie |
| v. | ) |
| | ) |
| **HEARTLAND EXPRESS, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 26th day of July, 2005, the complaint in the above-captioned action having been filed on March 21, 2005 and the Plaintiff having failed to effectuate service upon the Defendants within the time specified in Fed.R.Civ.P. 4(m),

IT IS HEREBY ORDERED that Plaintiff shall have ten (10) days from the date of this Order in which to show cause as to why this case should not be dismissed for failure to prosecute. Plaintiff is hereby advised that any further failure to respond will be interpreted as indicating his consent to a dismissal of this matter without prejudice.

                                                              s/ Sean J. McLaughlin
                                                              United States District Judge

cm: W. John Knox, III, Esq.